

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00511-CV

**IN THE INTEREST OF J.A.G.** and G.A.G., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-PA-00934
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant because she is indigent.

SIGNED January 15, 2025.

_____
Rebeca C. Martinez, Chief Justice